**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6432**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

ROBERT EUGENE MOTT,

              Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Richard L. Voorhees, District Judge. (5:00-cr-00046-RLV-3)

Submitted: June 22, 2009          Decided: July 1, 2009

Before MICHAEL, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Eugene Mott, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Eugene Mott appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm. United States v. Mott, No. 5:00-cr-00046-RLV-3 (W.D.N.C. Mar. 4, 2009). See United States v. Hood, 556 F.3d 226 (4th Cir. 2009). We deny Mott's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED